■ In the Matter of ARTHUR S. LOWELL, an Attorney. — Motions granted, the report and recommendation of the Hearing Panel of the petitioner, the Departmental Disciplinary Committee for the First Judicial Department, confirmed, and respondent reinstated as an attorney and counselor at law in the State of New York effective June 5, 1984. Concur — Sandler, J. P., Sullivan, Ross, Asch and Silverman, JJ.